# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3398

_____

Arron M. Lewis

*Plaintiff - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction; Steve Outlaw,
Deputy Warden, Tucker MSU; Stanley Robinson, Captain, Tucker MSU

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: April 19, 2016
Filed: April 27, 2016
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arron M. Lewis appeals the district court's[1] adverse grant of summary judgment on his 42 U.S.C. § 1983 claim that he was denied permission to communicate with his wife. After careful de novo review, see Beaulieu v. Ludeman, 690 F.3d 1017, 1024 (8th Cir. 2012) (de novo review of grant of summary judgment), we conclude that summary judgment was appropriate for the reasons stated by the district court. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.